379 A.2d 305

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Vincent HENDERSON, Appellant.**

Supreme Court of Pennsylvania.

Submitted March 29, 1976.

Decided Oct. 28, 1977.

Eugene H. Clarke, Jr., Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Div., for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and PACKEL, JJ.

OPINION OF THE COURT

PER CURIAM:

Appellant, Vincent Henderson, was convicted by a jury of second degree murder and after the denial of post-verdict motions received a sentence of eight to twenty years imprisonment. This appeal followed in which appellant's sole contention is that the trial court erred in ruling that the proposed testimony of a detective was inadmissible hearsay. We have examined this issue and find it to be without merit.

Judgment of sentence affirmed.